W. H. BOONE v. HIRAM JONES AND W. A. J. CHEEK.

(Filed 29 April, 1914.)

APPEAL by plaintiff from *Devin, J.*, at December Term, 1913, of ORANGE.

This is an action to recover a mule, and from a judgment in favor of the interpleader, Cheek, the plaintiff appeals.

*John W. Graham for plaintiff.*
*Frank Nash, Manning, Everett & Kitchin for interpleader.*

PER CURIAM. The plaintiff claims under a mortgage executed by Hiram Jones, and the interpleader by purchase from the same party, and the real controversy is one of fact as to whether the mule bought is the one described in the mortgage.

This has been settled against the plaintiff by the verdict, and we find no error in the trial justifying a reversal of the judgment.

No error.